## IN THE UNTIED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT T. YURCHAK**<br>Post Office Box 127<br>Nesquehoning, PA 18240 | : | CIVIL ACTION |
| | : | **JURY TRIAL DEMANDED** |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| **COUNTY OF CARBON, PENNSYLVANIA** | : | |
| a/k/a Carbon County Board of | : | |
| Commissioners, Tom C. Gerhard, | : | |
| Wayne E. Nothstein, | : | |
| Charles W. Getz | : | |
| Carbon County Courthouse | : | |
| Hazard Square | : | |
| Jim Thorpe, PA 18229 | : | |
| Defendant | : | |

**3 : CV-02-0049**

## COMPLAINT

The Plaintiff, **ROBERT T. YURCHAK**, respectfully represents and complains as follows:

### JURISDICTION AND VENUE

1. This Action arises out of violations of 42 U.S.C.

1

§ 1983, and state and common law.

2. Plaintiff brings this action to redress defendant's violations of his first and fourteenth amendment rights caused by defendants' action to sever him from his employment as Chief Public Defender of Carbon County, having the effect of terminating his employment as of January 7, 2002.

3. This is an action brought, *inter alia*, pursuant to Section 1983 of Title 42 of the Unites States Code alleging violations of the United States Constitution.  The district Court has jurisdiction pursuant to Sections 1331 and 1343(a) of Title 28 of the United States Code.

4.   Venue in this district is proper pursuant to Section 1391(b) of Title 28 of the United States Code because the claims arose and all defendants reside or are situate in this district.

## THE PARTIES

5. Plaintiff, **ROBERT T. YURCHAK,** hereinafter **"YURCHAK"** is a citizen of the Commonwealth of Pennsylvania, of Post Office Box 127, Nesquehoning, Carbon County, PA. 18240.

6.  Defendant, **COUNTY OF CARBON,** a/k/a **CARBON COUNTY BOARD OF COMMISSIONERS,** hereinafter **"COUNTY"**, is a county of the

2

Sixth Class with the powers and obligations described in 16 Pa.C.S.A. §201, et. seq.

7. Defendant, **TOM C. GERHARD**, hereinafter **"GERHARD"** is sued individually and as Commissioner of the County of Carbon, and is an adult individual residing at 2370 Hudson Drive, Weatherly, Carbon County, Pennsylvania, 18255.

8. Defendant, **WAYNE E. NOTHSTEIN**, hereinafter **"NOTHSTEIN"** is sued individually and as Commissioner of the County of Carbon, and is an adult individual residing at 17 Graver Street, Lehighton, Carbon County, Pennsylvania, 18235.

9. Defendant, **CHARLES W. GETZ**, hereinafter **"GETZ"** is sued individually and as Commissioner of the County of Carbon, and is an adult individual residing at Post Office Box 88, Albrightsville, Carbon County, Pennsylvania, 18210.

**BACKGROUND**

10. Plaintiff **YURCHAK** is an attorney admitted to practice law before the various courts of this Commonwealth, admitted to the Pennsylvania and Carbon County Bars in 1981, and was admitted as a member of the United Stated District Court, Middle District of Pennsylvania on February 6, 1992.

11. Plaintiff **YURCHAK** was appointed Assistant Public

Defender for Carbon County in 1984, after serving as a Special Appointment Defender for two years prior.

12. Plaintiff **YURCHAK** was appointed Co-Chief Public Defender for Carbon County in 1990.

13. Plaintiff **YURCHAK** was appointed Chief Public Defender for Carbon County in 1996 by a Democrat majority Board of County Commissioners, to an indefinite term and has not been yearly re-appointed, thus he cannot be terminated by non-reappointment.

14. As Chief Public Defender, Plaintiff **YURCHAK**, has acted as Department Head of the Public Defender's Office of Carbon County, and is a defender of the United States and Pennsylvania Constitutions.

15. Pursuant to Article 9, Section 4 of the Pennsylvania State Constitution, a **PUBLIC DEFENDER** is a **COUNTY OFFICER.** A true and correct copy of Article 9, Section 4 of the Pennsylvania State Constitution is attached hereto, and made a part hereof, and marked as Exhibit "A".

16. Pursuant to Title 16 (County Code), Section 450 (16 P.S. §450(a)), "... any other officers of the several counties ... shall be removable from office only by impeachment ...". A true and correct copy of 16 P.S. §450(a) is attached hereto, and made a part hereof, and marked as Exhibit "B".

4

17. At all times relevant hereto, Plaintiff **YURCHAK** has faithfully carried out his duties as Chief Public Defender.

18. At its meeting of January 7, 2002, and without notice or cause, Defendants voted to accept a personnel report which separated Plaintiff **YURCHAK** from both the position of Chief Public Defender and as a Public Defender of Carbon County. A true and correct copy of the relevant Personnel Report is attached hereto, and made a part hereof, and marked as Exhibit "C".

19. The action of the defendants constitutes a termination of Plaintiff **YURCHAK**'s employment and position as Public Defender, with no cause or notice given for the termination.

20. Plaintiff believes, and therefor avers, that his employment was terminated for political reasons as set forth below, and is a retaliatory termination.

21. Plaintiff **YURCHAK**'s employment and position as Chief Public Defender is vital to the rights of indigent accused of crimes in Carbon County, and in no way is the political affiliation of a public defender relevant to the performance of the job.

22. Defendants **GERHARD** and **NOTHSTEIN** are Republican.

Defendant **GETZ** is Democrat.

23. Plaintiff **YURCHAK** is a Registered Democrat.

24. Plaintiff **YURCHAK**'s current case load consists of at least 30 active public defender cases, with several cases very complex, such as a major arson case postured post preliminary hearing, a sex abuse case with over 100 counts scheduled for trial March 2002, and two sentencings post trial currently scheduled. Further, YURCHAK is engaged in active management of the business of the office.

25. There are currently four public defenders in the office, and all have heavy case loads. All cases are handled by the assigned defender from start to finish, and any other defender would not be familiar with the Plaintiff's cases to effectively handle them at this time.

26. Reassigning Plaintiff's cases at this time will prejudice his clients, as the actions of the Defendants will force the Public Defender's Office to file for continuances in many of the cases in order to familiarize themselves with the files, thereby depriving the defendants of their speedy trial rights under the United States and Pennsylvania Constitutions.

27. There is no other attorney in the Public

Defender's Office who could take over the Plaintiff's cases and immediately handle them effectively.

28. Defendant **"COUNTY"**, by and through its Administrator, Randall Smith, directed the Public Defender's Office to reassign the Plaintiff's cases on January 10, 2002.

29. Plaintiff **"YURCHAK"** has not received formal notification of his termination, as was allowed to continue in the roll as Chief Public Defender until January 10, 2002, when the notice was published in the local newspaper. Plaintiff **"YURCHAK"** continued to perform official acts as Chief Public Defender until January 10, 2002, when he voluntarily ceased pending judicial determination.

### COUNT I - 42 USC § 1983

30. The Plaintiff hereby incorporates into the proceedings the averments contained in all proceeding paragraphs as if each were contained herein in complete detail.

31. Plaintiff **YURCHAK** was a judicial candidate in the 2001 election for Judge of the Court of Common Pleas of Carbon County. He lost the election to the republican candidate, Roger N. Nanovic, II, who won both tickets in the May 15, 2001 primary election.

7

32.   Plaintiff **YURCHAK**'s above opponent was strongly supported by Defendants **GERHARD** and **NOTHSTEIN**, and the Republican Party of Carbon County.

33.   Defendants **GERHARD** and **NOTHSTEIN** are members of the Carbon County Republican Party Executive Board.

34.   Both defendants **GERHARD** and **NOTHSTEIN** displayed political signs for the republican judicial candidate in the windows of their cars while parked in their commissioner parking places at the Carbon County Courthouse, while acting as Carbon County Commissioners.

35.   The Chairman of the Carbon County Republican Party Executive Board is Steven R. Serfass, who also serves as Solicitor for the Carbon County Commissioners.

36.   Defendant **GERHARD** strongly opposed Plaintiff in said election, and personally took out an advertisement in the local News Paper "The Times News" against the Public Defender for Judge questioning the fact that the Local Fraternal Order of Police endorsed "Someone who defends the criminal element?"  A true and correct copy of the advertisement appearing in the May 8, 2001 edition of the Times News, Page 6 is attached hereto, and made a part hereof, and marked as Exhibit "D".

37. Plaintiff **YURCHAK** was the only judicial candidate in said election who was a public defender, and/or endorsed by the Local Fraternal Order of Police.

38. Defendant **GERHARD** personally circulated Plaintiff's said opponent's nominating petitions. True and correct copies of four of said petitions are attached hereto, and made a part hereof, and marked as Exhibits "E", "F", "G" and "H".

39. Said County Solicitor also personally circulated Plaintiff's said opponent's nominating petition. A true and correct copy of said petition is attached hereto, and made a part hereof, and marked as Exhibit "I".

40. The Carbon County Republic Committee endorsed and sent a mail piece in favor of the Republican Candidate during said election, signed by the Carbon County Solicitor. A true and correct copy of said letter is attached hereto, and made a part hereof, and marked as Exhibit "J".

41. The Carbon County Republic Committee also paid for news paper advertisements in favor of the Republican Candidate during said election, which carried the name of the Carbon County Solicitor. A true and correct copy of one such advertisement as appearing in the Times News on May 8, 2001, Page 8 is attached

9

hereto, and made a part hereof, and marked as Exhibit "K".

42.   Defendant **GERHARD** made monetary contributions to the Carbon County Republican Committee which basically operated as a machine for the Republican judicial candidate, paying for newspaper advertisements and county-wide mailings specifically promoting the Republican judicial candidate.

43.   Defendants **GERHARD** and **NOTHSTEIN** comprise the Republican majority of the Carbon County Board of Commissioners, and both said defendants supported the Republican judicial candidate, and acted in consort to terminate the Plaintiff for political reasons as aforementioned.

44.   Plaintiff's termination by defendants was because of his political affiliation and Plaintiff's exercise of political freedom to run against the republican judicial candidate, in violation of his 1st and 14th amendment rights.

45.   All Defendants voted in favor of separating the Plaintiff from his employment.

46.   Plaintiff **YURCHAK** was terminated from his employment without due process of law, and in violation of the United States and Pennsylvania Constitutions and Statutes.

**WHEREFORE**, the Plaintiff, **ROBERT T. YURCHAK** prays that

10

this court find that his termination by defendants was in violation of his rights under federal and state law and order the following relief:

a. An injunction ordering the defendants to reinstate him to the position of Chief Public Defender of Carbon County, with no loss in seniority, wages or benefits as of January 7, 2002.

b. Enjoin defendants from otherwise replacing Plaintiff, or filling the Plaintiff's position with any other attorney.

c. All monetary damage incurred by Plaintiff by reason of Defendants' unlawful conduct, including damages for pain and suffering, lost wages and other such damages as might be proved at trial, and

d. An award of attorneys' fees and costs pursuant to 42 U.S.C. §1988, and punitive damages.

## COUNT II - WRONGFUL TERMINATION

47. The Plaintiff hereby incorporates into the proceedings the averments contained in all proceeding paragraphs as if each were contained herein in complete detail.

48.    Defendants violated the Pennsylvania State Constitution as above-mentioned by terminating Plaintiff without following the mandates of 16 P.S. §450(a), inasmuch as Plaintiff is a county officer, and due process must be afforded before a termination or separation from employment.

49.    Defendants terminated Plaintiff as a county officer without due process or stating any cause for termination. Nor was Plaintiff afforded either impeachment proceeding or due notice and a full hearing pursuant to said statute.

50.    Termination of employment is not warranted under 16 P.S. §450(a), and therefore defendants violated state law in terminating Plaintiff's employment.

51.    The Defendants alleged motive for terminating Plaintiff was Plaintiff opposition to the Republican judicial candidate in said election of 2001.

52.    Said termination was in violation of public policy and or county policy.

**WHEREFORE**, the Plaintiff, **ROBERT T. YURCHAK** prays that this court find that his termination by defendants was in violation of his rights under federal and state law and order the following relief:

12

a. An injunction ordering the defendants to reinstate him to the position of Chief Public Defender of Carbon County, with no loss in seniority, wages or benefits as of January 7, 2002.

b. Enjoin defendants from otherwise replacing Plaintiff, or filling the Plaintiff's position with any other attorney.

c. All monetary damage incurred by Plaintiff by reason of Defendants' unlawful conduct, including damages for pain and suffering, lost wages and other such damages as might be proved at trial, and

d. An award of attorneys' fees and costs pursuant to 42 U.S.C. §1988, and punitive damages.

## COUNT III - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

53. The Plaintiff hereby incorporates into the proceedings the averments contained in all proceeding paragraphs as if each were contained herein in complete detail.

54. Plaintiff **YURCHAK** was terminated on January 7, 2002, with no formal notice to the date of the filing of this action. Said termination date being the same day YURCHAK

13

celebrated Orthodox Christmas.

55.  Plaintiff **YURCHAK** acted in the capacity of Chief Public Defender for three days when he was in fact terminated.

56.  Plaintiff **YURCHAK** was given no explanation or cause for termination, and became informed of his termination through courthouse gossip.

57.  The defendants' extreme and outrageous conduct has intentionally or recklessly caused Plaintiff to suffer severe emotional distress in both the manner in which he learned of his termination, his termination in violation of law, and the alleged motive for the termination being Plaintiff's exercise of his political freedom to run against the republican candidate as above-mentioned.

**WHEREFORE**, the Plaintiff, **ROBERT T. YURCHAK** prays that this court find that his termination by defendants was in violation of his rights under federal and state law and order the following relief:

a.  An injunction ordering the defendants to reinstate him to the position of Chief Public Defender of Carbon County, with no loss in seniority, wages or benefits as of January 7, 2002.

14

b. Enjoin defendants from otherwise replacing Plaintiff, or filling the Plaintiff's position with any other attorney.

c. All monetary damage incurred by Plaintiff by reason of Defendants' unlawful conduct, including damages for pain and suffering, lost wages and other such damages as might be proved at trial, and

d. An award of attorneys' fees and costs pursuant to 42 U.S.C. §1988, and punitive damages.

RESPECTFULLY SUBMITTED:

ROBERT T. YURCHAK, ESQUIRE
Attorney I.D. #34943
One East Catawissa Street
Post Office Box 127
Nesquehoning, PA 18240
phone (570)669-6650
fax (570) 669-6105

**JURY DEMAND**

Plaintiff demands a trial by jury on all legal issues triable to a jury.

## VERIFICATION

This Plaintiff verifies that the statements made in this Pleading are true and correct.  Plaintiff understands that false statements herein are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.


ROBERT T. ZURCHAK

**Art. 9, § 4**                                          LOCAL GOVERNMENT

## § 4.  County government

County officers shall consist of commissioners, controllers or auditors, district attorneys, <u>public defenders</u>, treasurers, sheriffs, registers of wills, recorders of deeds, prothonotaries, clerks of the courts, and such others as may from time to time be provided by law.

County officers, except for public defenders who shall be appointed as shall be provided by law, shall be elected at the municipal elections and shall hold their offices for the term of four years, beginning on the first Monday of January next after their election, and until their successors shall be duly qualified; all vacancies shall be filled in such a manner as may be provided by law.

County officers shall be paid only by salary as provided by law for services performed for the county or any other governmental unit. Fees incidental to the conduct of any county office shall be payable directly to the county or the Commonwealth, or as otherwise provided by law.

Three county commissioners shall be elected in each county. In the election of these officers each qualified elector shall vote for no more than two persons, and the three persons receiving the highest number of votes shall be elected.

Adopted April 23, 1968.

### Historical Notes

Similar provisions appeared in former Article XIV, §§ 1, 2, 7, of the 1874 Constitution which, as amended, read:

"**§ 1.  County officers; ineligibility for succeeding term**

"County officers shall consist of sheriffs, coroners, prothonotaries, register of wills, recorder of deeds, commissioners, treasurers, surveyors, auditors or controllers, clerks of the courts, district attorneys and such others as may from time to time be established by law; and no treasurer shall be eligible for the term next succeeding the one for which he may be elected.  (Amendment of November 6, 1945.)"

"**§ 2.  Election of county officers; term; vacancies**

"County officers shall be elected at the municipal elections and shall hold their offices for the term of four years, beginning on the first Monday of January next after their election, and until their successors shall be duly qualified; all vacancies not otherwise provided for, shall be filled in such manner as may be provided by

law.  (Amendment of November 2, 1909.)"

"**§ 7.  County commissioners and auditors**

"Three county commissioners and three county auditors shall be elected in each county where such officers are chosen, in the year one thousand nine hundred and eleven and every fourth year thereafter; and in the election of said officers each qualified elector shall vote for no more than two persons, and the three persons having the highest number of votes shall be elected; any casual vacancy in the office of county commissioners or county auditor shall be filled, by the court of common pleas of the county in which such vacancy shall occur, by the appointment of an elector of the proper county who shall have voted for the commissioner or auditor whose place is to be filled.  (Amendment of November 2, 1909.)"

Former Article IX, § 4, was amended and renumbered as Article VIII, § 7, in 1967 and 1968.

580

EXHIBIT "A"

---

COUNTY GOVER

Former Article XIV
repealed and current A
added in 1968.

Counties ⚖ 41, 61, 6
WESTLAW Topic No
C.J.S. Counties §§ 64

In general  2
Appointive officers  7
Auditor  11
City officers, generally
Compensation, generally
County commissioner
District attorney  12
Election, generally  13
Fees and commissions
Incumbent holding over
New offices  4
Officers  6
Offices, generally  3
Power of appointment  8
Term of office  5
Vacancy in office  15
Validity  1

**1.  Validity**

This section, governing
county commissioners, d
Federal Constitution on ba
anteed, ipso jure, minority
sentation by limiting num
dates party may nominate
persons for which each elec
Coon v. Allegheny County
tions, 410 A.2d 1243, 488

**2.  In general**

County lacked standing to
cree of incorporation of bo
despite county's claim that
ciary of the public interest
zens and that the incorporat
trary to those citizens' be
there is no mandate in 16 P
seq. or this section for the c
as a fiduciary of the public in
the county made a frivolous
alleging that it had standing
the incorporation because it
the $350 expense of conducti
election for reducing the num
ough councilmen, and since
failed to demonstrate that, d
ough's defective description,

**16 P.S. § 445**

COUNTIES

1985 Amendment. Increased the amounts stated in subsec. (a), cls. (1) through (6).

**1988 Legislation**

The 1988 amendment deleted, at the end of subsec. (a):

"but shall not total more than:

"(1) one thousand five hundred dollars ($1,500) for any county of the third class;

"(2) one thousand two hundred fifty dollars ($1,250) for any county of the fourth class;

"(3) one thousand dollars ($1,000) for any county of the fifth class;

"(4) seven hundred fifty dollars ($750) for any county of the sixth class;

"(5) five hundred dollars ($500) for any county of the seventh class; or

As amended 1968, Nov. 26, P.L. 1099, No. 341, § 1.

---

**§ 446. Associations and organizations concerned with governmental affairs**

The county commissioners of any county may, by resolution, join associations and organizations concerned with county or governmental affairs, other than the Pennsylvania State Association of County Commissioners, may pay dues to such associations and organizations and may send delegates to conventions or conventions of such associations and organizations and pay the necessary expenses incident to their attendance at such meetings or conventions.

Every person attending any convention, meeting or study or training session referred to in this act shall submit to the controller, or to the county commissioners in counties having no controller, an itemized account of his expenses thereof, including traveling expenses or mileage, which the county commissioners may have agreed to pay.

1955, Aug. 9, P.L. 323, § 446, added 1965, Sept. 2, P.L. 482, § 1.

**In general 1**

**Notes of Decisions**

**In general 1**

The district attorney, pursuant to section 446 of the County Code, 16 P.S. § 446, may authorize assistant district attorneys other than the

---

**(d) REMOVAL OF COUNTY OFFICERS AND APPOINTEES**

first assistant district attorney to attend training sessions and seminars at the annual convention of the Pennsylvania District Attorney's Association at the county's expense, as long as the county commissioners have adopted a resolution authorizing such attendance by resolution. Seavage v. Horvath, 33 Pa. D. & C.3d 555 (1985).

**§ 450. Removal of county officers and appointees**

(a) The county commissioners, the sheriffs, coroners, prothonotaries, registers of wills, recorders of deeds, treasurers, auditors of the courts, district attorneys and any other officers of the several counties, whether elected or duly appointed to fill a vacancy, shall be removable from office only by impeachment or by the Governor for reasonable cause after due notice and full hearing on the advice of two-thirds of the Senate, or upon conviction of misbehavior in office, or of any infamous crime in accordance with the Constitution of this Commonwealth, but their title to office may be tried by proceedings of quo warranto as provided by law.

---

COUNTIES

16 P.S. § 501

(b) Appointees to county offices or positions other than to elected offices shall be subject to removal at the pleasure of the appointing power, except as otherwise expressly provided by law, and they shall also be removed on conviction of misbehavior in office or of any infamous crime.

**Notes of Decisions**

**Grounds 3**

**2. Construction and application**

Authority to remove appointees to county offices or nonelected position by appointing authority was not personal, but extended to whoever was responsible for discharging duties of appointing office. Jacoby v. Smith, 528 A.2d 1017, 107 Pa.Cmwlth. 397, Cmwlth.1987.

No court can remove a district attorney of its own volition or, by appointing someone else to act in his place, accomplish same result of removal. Smith v. Gallagher, 185 A.2d 135, 408 Pa. 551, Sup.1962.

A minority member of an appointing body has no standing to bring quo warranto to test the qualification of an appointee, where he has no interest in being appointed to the office himself and has no other peculiar personal interest in the office. Com. ex rel. v. McNichol, 67 Pa. D. & C.2d 239 (1974).

A county commissioner is a constitutional officer and his removal is governed by the constitution. Com. ex rel. Teller v. Jennings, 53 Luz. LR. 43 (1962), affirmed 186 A.2d 916, 409 Pa. 513.

A county commissioner who changed his party registration after taking office, did not thereby

**3. Grounds**

Assistant district attorneys are subject to removal from office by appointing power or upon conviction for official malfeasance or infamous crime, and "as otherwise provided by law," which may permit removal of assistant district attorneys, as appointed county officers, for intentional violations of Wiretapping and Electronic Surveillance Control Act [18 Pa.C.S.A. § 5701 et seq.]. Birdseye v. Driscoll, 534 A.2d 548, 111 Pa. Cmwlth. 214, Cmwlth.1987.

A constable will be removed from office for malfeasance or misfeasance where he was operating a collection agency and processing civil actions in magistrates' courts, in which he possessed a pecuniary interest in contingent fees in excess of the fees prescribed by statute for constables to receive, where he also threatened debtors with jail if their debts were not paid, failed to make proper levies and entering the premises where the goods levied upon were located, failed to take possession of the goods, and posted sales signs although he had not made proper levies. Com. ex rel. Specter v. Rothman, 40 Pa. D. & C.2d 637 (1966).

---

forfeit his right to hold office. Com. ex rel. Teller v. Jennings, 53 Luz.L.R. 43 (1962), affirmed 186 A.2d 916, 409 Pa. 513.

**§ 460. Meetings open to public**

**Cross References**

Meetings to be open, and notice thereof, see 65 P.S. § 271 et seq.

Open meeting law, see 65 P.S. § 271 et seq.

P.L.E. Counties § 25.

**ARTICLE V. COUNTY COMMISSIONERS AND CHIEF CLERKS**

**(a) COMMISSIONERS**

§ 501. Election; Vacancies

**Library References**

P.L.E. Counties §§ 21 et seq., 41 et seq.

**Notes of Decisions**

Construction and application 2

---

**(e) CONDUCT OF OFFICIAL BUSINESS**

**§ 460. Meetings open to public**

**Notes of Decisions**

Certification 3

---

**EXHIBIT "B"**

**PERSONNEL REPORT**
**JANUARY 7, 2002**

## SEMINAR/TRAINING REQUESTS:

### Carbon County Correctional Facility

**Shannon Kuhn**

Hostage Negotiations For County Correctional Facilities
Elizabethtown, PA

Cost:  Mileage

## EMPLOYMENT SEPARATION:

**Robert T. Yurchak,** Nesquehoning, PA
Chief Public Defender/Public Defender
Effective January 7, 2002

ACCEPTED
CARBON COUNTY
BOARD OF COMMISSIONERS

Meeting _1-7-02_

_MpBlitw_

EXHIBIT "C"

**PERSONNEL REPORT**

**January 7, 2002**

**WEATHERWOOD**

**RESIGNATION:**

Ann Marie Miller, Coaldale, PA - F-T Nurse Aide - effective December 28, 2001.

ACCEPTED
CARBON COUNTY
BOARD OF COMMISSIONERS
Meeting _1-07-02_
_MpButrie_

6. TIMES NEWS

LOCAL ...ESDAY, MAY 8, 2001



**Carbon County Vo-Tech**
**Adult Education**
# GENERAL OFFICE/
# COMPUTER CLERK
**330 hour Certificate Course**
starts 5/21/01 thru 8/17/01
9:00 am–3:30 pm
Instruction covers: basic keyboarding; use of office equipment;
office procedures (including records management,
banking functions, filing, etc.), Microsoft Office
(basic functions, Word, Excel, and Access),
communication skills
Students will be placed in an internship for *hands on* experience
$600—includes tuition, books & supplies
Inquire about financial aid & payment plans
including the New Choices/New Options program
Placement assistance available

Call Deb Bartels, Adult Ed. Dept.,
(570) 325-4140 for application.

# Sentences ...ylkill

By AL DIETZ
tneditor@tnonline.com

Judge D. Michael Stine sentenced nine persons who entered guilty pleas to criminal charges in the Schuylkill County Courts.

Roy Edward Cooper, 52, Mahanoy City, driving under the influence (DUI), sentenced to serve 30 days to 23 months in county prison in Pottsville beginning Wednesday, May 9, at 5 p.m., fined $560, when released attend the county's alcohol

...ne 25, as presentence ...tion ordered. Fired ...uring domestic dis-...using injury to ...ter wife, Susan ...se, on Feb. 24, 2000.

Joseph Stine, 38, ...Po..., possession a small ...ing marijuana and drug ...alia; 12 months pro-...$2..0 fine, restitution of ...e police crime lab in ...m..., perform 28 hours ...y services.

Sh... e Morris Wetzel, 29, ...ve R.6, recklessly ...ng another person; 14 ...s months in prison, ...d... when placed on pro-...c...ntinue with mental ...in...d drug and alcohol ...ags and perform 20 ...munity service.

 

**The Sole & Body Connection**
**Foot Reflexology Clinic**
**Ruth Yurchak C.R.R.P.**
**Natural Method of Healing**
344 E. Fell St.
Summit Hill   **(570) 645-5019**

# ??? FOR THE LAW ABIDING CITIZENS
# OF CARBON COUNTY

**The Fraternal Order of Police of Carbon and Schuylkill
County have endorsed a Public Defender for Judge.
The Police make the arrest and the Public Defender
defends them???**
*There is something wrong with this picture. It smells pretty bad.*

**I Endorse Roger N. Nanovic, II for Judge**

*Someone with Family Values and Morals*

??? An endorsement for Someone who Defends the Criminal Element?????

Paid by: Tom C. Gerhard - Carbon County Commissioner
Not authorized by the candidate

# ...drive

...in Pennsylvania and ...ey, covering a geo-...area of eight coun-...Blood Center collects, ...tests, stores and dis-...lood and blood prod-...d is licensed in ...nia and New Jersey ...e blood, donor and ...ervices. The blood ...rogram comprises a ...ity supported by four ...ranches and over 500 ...le site visits, and pro-...80,000 blood products



*for convenient,*
*n other labs use.*

*College of*
*American*
*Pathologist*




All LYNX
Trips are
fully ADA
Accessible

THE LYNX

EXHIBIT "D"

## Commonwealth of Pennsylvania
**READ INSTRUCTIONS ON BACK PAGE CAREFULLY**

OFFICIAL USE

*100.26*

**ATTENTION!**
A. Complete all Blank Spaces (1- 7) Prior to Circulation
B. This Petition may be used to submit for Nomination the Name of One Candidate for One Office Only

**NOMINATION PETITION FOR:**  ① YEAR OF PRIMARY:  2001

② THE OFFICE OF (Check ONE block only. Insert district number only if you are a candidate for the Court of Common Pleas.)

☒ JUDGE OF THE COURT OF COMMON PLEAS- JUDICIAL DISTRICT NO. ___56___
- OR -
☐ JUDGE OF THE PHILADELPHIA MUNICIPAL COURT- FIRST JUDICIAL DISTRICT

③ NAME:  Roger N. Nanovic, II        ④ OCCUPATION:  Attorney
PRINT OR TYPE NAME OF CANDIDATE

⑤ RESIDENCE:  17 White Birch Drive        Jim Thorpe, Penn Forest Township
STREET                                     CITY, BOROUGH OR TWP.

⑥ COUNTY OF SIGNERS:  Carbon       ⑦ PARTY OF SIGNERS:  Republican

**To the SECRETARY OF THE COMMONWEALTH:**

We, the undersigned, all of whom severally declare that we are qualified electors of the County and of the judicial district set forth above, that we are registered and enrolled members of the Political Party set forth above, and have signed no petition inconsistent herewith, do hereby petition the Secretary of the Commonwealth to have the candidate whose Name, Occupation and Residence are as set forth above, certified to the County Board of Elections of said County or Counties in said District, to be printed on the Primary Ballot of said Party, for the Year and Office set forth above.

| | SIGNATURE OF ELECTOR | PLACE OF RESIDENCE | | | OCCUPATION | DATE OF SIGNING |
|---|---|---|---|---|---|---|
| | | House No. | Street or Road | City, Borough or Twp. | | |
| 1. | | 2186 | Mahoning Dr 2 | Lehighton Pa | Designer | 2-13-01 |
| 2. | | 66 | Broadway | Jim Thorpe | Self-E | 2-13-01 |
| 3. | | 1629 | Packer Twp | Packer Twp | Retired | 2-18-01 |
| 4. | | 1627 | Packer Dr | Packer Twp | House wife | 2-18-01 |
| 5. | | 1653 | Packer Dr | Packer Twp | Retired | 2-18-01 |
| 6. | | 1653 | Packer DR. | Packer Twp. | Retired | 2-18-01 |
| 7. | | 1538 | Hudson Dr. | Weatherly, PA | Work-Golf | 2-18-01 |
| 8. | | 3002 | Sethil Run | Weatherly Pa | Syracuse Pa | 2-19-01 |
| 9. | | 3002 | Sethil Run | Weatherly Pa | Sales Rep | 2-19-01 |
| 10. | | 1449 | Wetzel Run Dr | Weatherly Pa | Equip. Oper. | 2-19-01 |
| 11. | | 1449 | Wetzel Run | Weatherly Pa | Maintenant | 2-19-01 |
| 12. | | 2330 | Wetzel Rd Run | Weatherly Pa | H. wife | 2-20-01 |
| 13. | | 1449 | Wetzel Run | Weatherly | Secretary | 2-20-01 |
| 14. | | 1707 | Wetzel Run | Weatherly | manager | 2-18-01 |
| 15. | | 78 | Packer twp | Weatherly | Lumber Wks | 2-18-01 |
| 16. | | 58 | Packer twp | Weatherly | Assembler | 2-18-01 |
| 17. | | 1753 | Wetzel Run | Weatherly | Matl Handler | 2-18-01 |
| 18. | | 1753 | Wetzel Run | Weatherly | Adm Asst. | 2-18-01 |
| 19. | | 2432 | Wetzel Run Dr | Weatherly | Physician Asst. | 2-18-01 |
| 20. | | 1431 | Wetzel Run Dr | Weatherly | teacher | 2/18/01 |
| 21. | | 2432 | Wetzel Run Dr. | Weatherly | Student | 2/18/01 |
| 22. | | 2415 | Wetzel Run Dr. | Packer Twp | Cafeteria Aide | 2/18/01 |
| 23. | | 2761 | Wetzel Run Dr. | Packer Twp | House w. Ee | 2/18/01 |
| 24. | | 2761 | Wetzel Run Dr | Packer Twp | Maintenance | 2-18-01 |
| 25. | | 2894 | Wetzel Run Dr | Packer Twp | Secretary | 2-18-01 |
| 26. | | 3106 | Wetzel Run Dr | Packer Twp | Construction | 2-18-01 |
| 27. | | 3106 | Wetzel Run Dr | Packer Twp | Retiree | 2-18-01 |
| 28. | | 3106 | Wetzel Run Dr | Packer twp | Retired | 2-18-01 |
| 29. | | 2563 | Wetzel Run Dr | Packer Twp | Housewife | 2-18-01 |

DSBE-209A        Department of State (1/01)        Page __47__ Side 1

**EXHIBIT "E"**

Page __47__ Side 2

| SIGNATURE OF ELECTOR | PLACE OF RESIDENCE | | | OCCUPATION | DATE OF SIGNING |
|---|---|---|---|---|---|
| | House No. | Street or Road | City, Borough or Twp. | | |
| 30. Rhonda Pulivka | 1545 | Hudson Drive | Packer Twp. | Vet Tech | 2-18-01 |
| 31. Jean Taraschak | 3136 | Wetzel Run | Packer Twp | Aide | 2-18-01 |
| 32. Nick Polga | 1545 | Hudson Drive | Packer Twp | Business Agt | 2/18/01 |
| 33. Tony Pollock | 1418 | Brenkman Dr | Packer Twp | Labor | 2-18-01 |
| 34. | 1034 | Brenkman Dr | Packer Twp | Env Coord | 2-18-01 |
| 35. Steve Radilla | 586 | Brenkman | Packer Twp | Labor | 2-18-01 |
| 36. KARL G KROPF | 1818 | BRENKM. | PACKER | RETIRED | 2-19-01 |
| 37. | | | | | |
| 38. | | | | | |
| 39. | | | | | |
| 40. | | | | | |
| 41. | | | | | |
| 42. | | | | | |
| 43. | | | | | |
| 44. | | | | | |
| 45. | | | | | |
| 46. | | | | | |
| 47. | | | | | |
| 48. | | | | | |
| 49. | | | | | |
| 50. | | | | | |

### AFFIDAVIT OF CIRCULATOR

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF __CARBON__   SS:

CIRCULATOR SHOULD COMPLETE 1 - 5 BELOW

I do swear (or affirm) that I am a qualified elector of the judicial district referred to in this petition, duly registered; that my residence is as set forth below; that the signers to the foregoing petition signed the same with full knowledge of the contents thereof; that their respective residences are correctly stated therein; that each signed on the date set opposite his or her name; that to the best of my knowledge and belief, the signers are qualified electors, duly registered and enrolled members of the political party of the judicial district referred to in this petition, and that they are residents in the County specified in number one.

Sworn to and subscribed before me this __1st__

day of __March__ 20 __01__

_Edna K Ahn_

NOTARIAL SEAL
Edna K Ahner, Notary Public
Summit Hill, Carbon County
My Commission Expires September 2, 2002

My commission expires

1 __Carbon__
County of Petition Signers Residence

2 _____
Signature of Circulator

3 _Tom C. Gerhard_
Printed Name of Circulator

4 _TOM   C.   GERHARD_
Street

5 _2370 HUDSON DRIVE Rd #1 18255_
City, Borough or Twp.   Zip Code
_WEATHERLY PA_

NOTE: THIS AFFIDAVIT MUST BE EXECUTED AFTER ALL SIGNATURES HAVE BEEN OBTAINED.

NOTICE                                INSTRUCTIONS                        READ CAREFULLY

1) CIRCULATION OF NOMINATION PETITIONS: (a) Any person who circulates this nomination petition must be a qualified, registered elector of the judicial district referred to in the petition. (b) If the judicial district is composed of more than one county, separate sheets must be used for residents of each county in which petitions are circulated. (c) Nomination petitions may not be circulated earlier than the THIRTEENTH TUESDAY before the primary nor later than the TENTH TUESDAY before the primary. (See Pennsylvania Election Calendar for dates.)

2) SIGNERS: (a) Signers must be qualified, registered electors of the appropriate judicial district and of the political party named in the nomination petition. (b) Each elector must personally sign his/her name as it appears on registration records, his/her complete address (including township if applicable), occupation and the date of signing (e.g. 3/1/01 or March 1, 2001). Ditto Marks may not be used.

3) NUMBER OF SIGNERS: Judge of the Court of Common Pleas in a County of the First Class - 1,000 signatures, County of the Second Class - 500 signatures; Counties of the Second Class A through the Eighth Class - 250 signatures; Judge of the Municipal Court in the First Judicial District - 1,000 signatures.

4) CIRCULATOR'S AFFIDAVIT. Every sheet must have the affidavit of the circulator executed after the signatures have been obtained.

5) ASSEMBLING NOMINATION PETITIONS: All sheets must be fastened together before filing and should be numbered consecutively. A single sheet is considered one page.

6) CANDIDATE'S AFFIDAVIT AND ETHICS STATEMENT: (a) Candidates must sign and submit one CANDIDATES AFFIDAVIT per set of nomination petitions. The CANDIDATES AFFIDAVIT is printed on a separate form and can be obtained from the State Bureau of Commissions, Elections and Legislation, Room 303 North Office Building, Harrisburg, PA 17120. (b) Judicial candidates, depending on their status of judicial incumbency, may have to submit with their nomination petition a copy of the Statement of Financial Interests required to be filed with the State Ethics Commission. NOTE: Candidates for judicial office should contact the State Ethics Commission, 309 Finance Building, P.O. Box 11470, Harrisburg, PA 17108-1470, for more information concerning their responsibility to file the Statement of Financial Interests.

7) FILING FEES: The filing fee for any office for which this petition is used is $100.00 and must be presented with the petition. ONLY CERTIFIED CHECKS OR MONEY ORDERS payable to the Commonwealth of Pennsylvania will be accepted.

8) TIME AND PLACE TO FILE: These petitions must be RECEIVED in the office of the SECRETARY OF THE COMMONWEALTH before FIVE O'CLOCK P.M. (Prevailing Time) on the TENTH TUESDAY BEFORE THE PRIMARY (See Pennsylvania Election Calendar for dates).

**Commonwealth of Pennsylvania**
READ INSTRUCTIONS ON BACK PAGE CAREFULLY

OFFICIAL USE ONLY

**ATTENTION!**

A. Complete all Blank Spaces (1- 7) Prior to Circulation
B. This Petition may be used to submit for Nomination the Name of One Candidate for One Office Only

NOMINATION PETITION FOR: ① YEAR OF PRIMARY: 2001

② THE OFFICE OF (Check ONE block only. Insert district number only if you are a candidate for the Court of Common Pleas.)

☒ JUDGE OF THE COURT OF COMMON PLEAS- JUDICIAL DISTRICT NO. 56
- OR -
☐ JUDGE OF THE PHILADELPHIA MUNICIPAL COURT- FIRST JUDICIAL DISTRICT

③ NAME: Roger N. Nanovic, II
PRINT OR TYPE NAME OF CANDIDATE

④ OCCUPATION: Attorney

⑤ RESIDENCE: 17 White Birch Drive
STREET
Jim Thorpe, Penn Forest Township
CITY, BOROUGH OR TWP.

⑥ COUNTY OF SIGNERS: Carbon

⑦ PARTY OF SIGNERS: Republican

**To the SECRETARY OF THE COMMONWEALTH:**

We, the undersigned, all of whom severally declare that we are qualified electors of the County and of the judicial district set forth above, that we are registered and enrolled members of the Political Party set forth above, and have signed no petition inconsistent herewith, do hereby petition the Secretary of the Commonwealth to have the candidate whose Name, Occupation and Residence are as set forth above, certified to the County Board of Elections of said County or Counties in said District, to be printed on the Primary Ballot of said Party, for the Year and Office set forth above.

| SIGNATURE OF ELECTOR | PLACE OF RESIDENCE | | | OCCUPATION | DATE OF SIGNING |
|---|---|---|---|---|---|
| | House No. | Street or Road | City, Borough or Twp. | | |
| 1. Tom C. Gerhard | 2370 | Hudson Dr | Packer Twp | Commissioner | 2-13-01 |
| 2. Nancy C. Gerhard | 2370 | Hudson Dr | Packer Twp | Rooter | 2-13-01 |
| 3. Betty D. Gerhard | 2370 | Hudson Dr | Packer Twp | housewife | 2-13-01 |
| 4. | 180 | Ochre Mill | Packer | Painter | 2-13-01 |
| 5. Larry Gerhard | 85 | Pole Road | Packer Twp | Roofer | 2-14-01 |
| 6. Mary Meyers | 172 | Ochre Mill | Packer Twp | retired | 2/18/01 |
| 7. Dale Meyers | 172 | Ochre Mill | Packer | Retired | 2/18/01 |
| 8. Thomas T. Gerhard | 1298 | Brenkman Dr. | Packer | Self Employed | 2-21-01 |
| 9. Sue Ann Gerhard | 1298 | Brenkman Dr. | Packer | Asst. Dir. of Dev. | 2-21-01 |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |

DSBE-209A    Department of State (1/01)

Page 48    Side 1

EXHIBIT "F"

Page __4 8__ Side 2

| SIGNATURE OF ELECTOR | PLACE OF RESIDENCE | | | OCCUPATION | DATE OF SIGNING |
|---|---|---|---|---|---|
| | House No. | Street or Road | City, Borough or Twp. | | |
| 30. | | | | | |
| 31. | | | | | |
| 32. | | | | | |
| 33. | | | | | |
| 34. | | | | | |
| 35. | | | | | |
| 36. | | | | | |
| 37. | | | | | |
| 38. | | | | | |
| 39. | | | | | |
| 40. | | | | | |
| 41. | | | | | |
| 42. | | | | | |
| 43. | | | | | |
| 44. | | | | | |
| 45. | | | | | |
| 46. | | | | | |
| 47. | | | | | |
| 48. | | | | | |
| 49. | | | | | |
| 50. | | | | | |

## AFFIDAVIT OF CIRCULATOR

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF *CARBON* _____ SS:

CIRCULATOR SHOULD COMPLETE
1 - 5 BELOW

I do swear (or affirm) that I am a qualified elector of the judicial district referred to in this petition, duly registered; that my residence is as set forth below; that the signers to the foregoing petition signed the same with full knowledge of the contents thereof; that their respective residences are correctly stated therein; that each signed on the date set opposite his or her name; that to the best of my knowledge and belief, the signers are qualified electors, duly registered and enrolled members of the political party of the judicial district referred to in this petition, and that they are residents in the County specified in number one.

Sworn to and subscribed before me this ___*1st*___

day of ___*MARCH*___ 20 __*01*__

*Eloise K Ahner*
_____
NOTARIAL SEAL
Eloise K. Ahner, Notary Public
_____ Hill, Carbon County
(Official Title) My Commission Expires September 2, 2002

My commission expires _____

1 *CARBON*
County of Petition Signers Residence

2 *Tom C Gerhard*
Signature of Circulator

3 *TOM C. GERHARP*
Printed Name of Circulator

4 *2970 HUDSON DRIVE RD #1*
Street

5 *WEATHERLY PA  18255*
City, Borough or Twp.          Zip Code

NOTE:  THIS AFFIDAVIT MUST BE EXECUTED AFTER ALL SIGNATURES HAVE BEEN OBTAINED.

NOTICE                                INSTRUCTIONS                                READ CAREFULLY

1) CIRCULATION OF NOMINATION PETITIONS:  (a) Any person who circulates this nomination petition must be a qualified, registered elector of the judicial district referred to in the petition.  (b) If the judicial district is composed of more than one county, separate sheets must be used for residents of each county in which petitions are circulated.  (c) Nomination petitions may not be circulated earlier than the THIRTEENTH TUESDAY before the primary nor later than the TENTH TUESDAY before the primary. (See Pennsylvania Election Calendar for dates.)
2) SIGNERS: (a) Signers must be qualified, registered electors of the appropriate judicial district and of the political party named in the nomination petition.  (b) Each elector must personally sign his/her name as it appears on registration records, his/her complete address (including township if applicable), occupation and the date of signing (e.g. 3/1/01 or March 1, 2001).  Ditto Marks may not be used.
3) NUMBER OF SIGNERS:  Judge of the Court of Common Pleas in a County of the First Class - 1,000 signatures, County of the Second Class - 500 signatures; Counties of the Second Class A through the Eighth Class - 250 signatures; Judge of the Municipal Court in the First Judicial District - 1,000 signatures.
4) CIRCULATOR'S AFFIDAVIT:  Every sheet must have the affidavit of the circulator executed after the signatures have been obtained.
5) ASSEMBLING NOMINATION PETITIONS:  All sheets must be fastened together before filing and should be numbered consecutively.  A single sheet is considered one page.
6) CANDIDATE'S AFFIDAVIT AND ETHICS STATEMENT:  (a) Candidates must sign and submit one CANDIDATE'S AFFIDAVIT per set of nomination petitions.  The CANDIDATE'S AFFIDAVIT is printed on a separate form and can be obtained from the State Bureau of Commissions, Elections and Legislation, Room 303 North Office Building, Harrisburg, PA 17120.  (b)  Judicial candidates, depending on their status of judicial incumbency, may have to submit with their nomination petition a copy of the Statement of Financial Interests required to be filed with the State Ethics Commission.  NOTE: Candidates for judicial office should contact the State Ethics Commission, 309 Finance Building, P.O. Box 11470, Harrisburg, PA 17108-1470, for more information concerning their responsibility to file the Statement of Financial Interests.
7) FILING FEES:  The filing fee for any office for which this petition is used is $100.00 and must be presented with the petition.  ONLY CERTIFIED CHECKS AND MONEY ORDERS payable to the Commonwealth of Pennsylvania will be accepted.
8) TIME AND PLACE TO FILE:  These petitions must be RECEIVED in the office of the SECRETARY OF THE COMMONWEALTH before FIVE O'CLOCK P.M. (Prevailing Time) on the TENTH TUESDAY BEFORE THE PRIMARY (See Pennsylvania Election Calendar for dates).

DSBE-209A (1/01)    FILE EARLY- DO NOT WAIT FOR THE LAST DAY TO FILE, WHEN IT WILL BE TOO LATE TO MAKE NECESSARY AMENDMENTS!

**Commonwealth of Pennsylvania**
READ INSTRUCTIONS ON BACK PAGE CAREFULLY

OFFICIAL USE ONLY

*100250*

**ATTENTION!**

A. Complete all Blank Spaces (1- 7) Prior to Circulation
B. This Petition may be used to submit for Nomination the Name of One Candidate for One Office Only

NOMINATION PETITION FOR: ① YEAR OF PRIMARY: ___2001___

② THE OFFICE OF (Check ONE block only.  Insert district number only if you are a candidate for the Court of Common Pleas.)

☒ JUDGE OF THE COURT OF COMMON PLEAS- JUDICIAL DISTRICT NO. _56_
- OR -
☐ JUDGE OF THE PHILADELPHIA MUNICIPAL COURT- FIRST JUDICIAL DISTRICT

③ NAME: __Roger N. Nanovic, II__    ④ OCCUPATION: __Attorney__
PRINT OR TYPE NAME OF CANDIDATE

⑤ RESIDENCE: __17 White Birch Drive__    __Jim Thorpe, Penn Forest Township__
STREET    CITY, BOROUGH OR TWP.

⑥ COUNTY OF SIGNERS: __Carbon__    ⑦ PARTY OF SIGNERS: __Democrat__

To the SECRETARY OF THE COMMONWEALTH:

We, the undersigned, all of whom severally declare that we are qualified electors of the County and of the judicial district set forth above, that we are registered and enrolled members of the Political Party set forth above, and have signed no petition inconsistent herewith, do hereby petition the Secretary of the Commonwealth to have the candidate whose Name, Occupation and Residence are as set forth above, certified to the County Board of Elections of said County or Counties in said District, to be printed on the Primary Ballot of said Party, for the Year and Office set forth above.

| SIGNATURE OF ELECTOR | PLACE OF RESIDENCE | | | OCCUPATION | DATE OF SIGNING |
|---|---|---|---|---|---|
| | House No. | Street or Road | City, Borough or Twp. | | |
| 1. Elizabeth Plotnity | 347 | W. White St. | Summit Hill | Retired | 2/22/0 |
| 2. Catherine Petrus | 230 | W. White St | Summit Hill | Secretary | 2-22-01 |
| 3. Kimberly MontEurico | 304 | E. Hudson St. | Summit Hill | Bookkeeper | 2/23/01 |
| 4. William Mela | 48 | W. Walters St | Summit Hill | Retired | 2/23/01 |
| 5. Bob Szezcina | 350 | E. Fell St. | Summit Hill | Retired | 2/29/01 |
| 6. Rose Stehr | 1006 | Center St | Jim Thorpe | retired | 2/22/01 |
| 7. Elbert W. Neal | 126 | W. Fell St | Summit Hill | Retired | 2/23/01 |
| 8. Ellen A. Lobren | 70 | E. White Blvd | Summit Hill | retired | 2/23/01 |
| 9. John Zimbrunes | 111 | S. Chestnut | Summit Hill | retired | 2/23/0 |
| 10. Susan Moon | 250 | E. Ludlow | Summit Hill | utility person | 2/23/0 |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |

Page _46_ Side 2

| SIGNATURE OF ELECTOR | PLACE OF RESIDENCE | | | OCCUPATION | DATE OF SIGNING |
|---|---|---|---|---|---|
| | House No. | Street or Road | City, Borough or Twp. | | |
| 30. | | | | | |
| 31. | | | | | |
| 32. | | | | | |
| 33. | | | | | |
| 34. | | | | | |
| 35. | | | | | |
| 36. | | | | | |
| 37. | | | | | |
| 38. | | | | | |
| 39. | | | | | |
| 40. | | | | | |
| 41. | | | | | |
| 42. | | | | | |
| 43. | | | | | |
| 44. | | | | | |
| 45. | | | | | |
| 46. | | | | | |
| 47. | | | | | |
| 48. | | | | | |
| 49. | | | | | |
| 50. | | | | | |

## AFFIDAVIT OF CIRCULATOR

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _CARBON_ SS:

> CIRCULATOR SHOULD COMPLETE 1 - 5 BELOW

I do swear (or affirm) that I am a qualified elector of the judicial district referred to in this petition, duly registered; that my residence is as set forth below; that the signers to the foregoing petition signed the same with full knowledge of the contents thereof; that their respective residences are correctly stated therein; that each signed on the date set opposite his or her name; that to the best of my knowledge and belief, the signers are qualified electors, duly registered and enrolled members of the political party of the judicial district referred to in this petition, and that they are residents in the County specified in number one.

Sworn to and subscribed before me this _1st_

day of _March_ 20 _01_

_Eloise K. Ahner_

NOTARIAL SEAL
Eloise K. Ahner, Notary Public
(Signature title), Carbon County

My commission expires _My Commission Expires September 2, 2002_

1 _CARBON_
County of Petition Signers Residence

2 _Tom C. Gerhard_
Signature of Circulator

3 _TOM C. GERHARD_
Printed Name of Circulator

4 _2370 HUDSON DRIVE RID #1_
Street

5 _WEATHERLY PA 18255_
City, Borough or Twp.          Zip Code

NOTE: THIS AFFIDAVIT MUST BE EXECUTED AFTER ALL SIGNATURES HAVE BEEN OBTAINED.

NOTICE                                INSTRUCTIONS                           READ CAREFULLY

) CIRCULATION OF NOMINATION PETITIONS: (a) Any person who circulates this nomination petition must be a qualified, registered elector of the judicial district referred o in the petition.  (b) If the judicial district is composed of more than one county, separate sheets must be used for residents of each county in which petitions are irculated.  (c) Nomination petitions may not be circulated earlier than the THIRTEENTH TUESDAY before the primary nor later than the TENTH TUESDAY before the primary. See Pennsylvania Election Calendar for dates.)

) SIGNERS: (a) Signers must be qualified, registered electors of the appropriate judicial district and of the political party named in the nomination petition.  (b) Each elector ust personally sign his/her name as it appears on registration records, his/her complete address (including township if applicable), occupation and the date of signing (e.g. /1/01 or March 1, 2001).  Ditto Marks may not be used.

) NUMBER OF SIGNERS:  Judge of the Court of Common Pleas in a County of the First Class - 1,000 signatures, County of the Second Class - 500 signatures; Counties of the econd Class A through the Eighth Class - 250 signatures; Judge of the Municipal Court in the First Judicial District - 1,000 signatures.

) CIRCULATOR'S AFFIDAVIT  Every sheet must have the affidavit of the circulator executed after the signatures have been obtained.

) ASSEMBLING NOMINATION PETITIONS:  All sheets must be fastened together before filing and should be numbered consecutively.  A single sheet is considered one page.

CANDIDATE'S AFFIDAVIT AND ETHICS STATEMENT:  (a)  Candidates must sign and submit one CANDIDATE'S AFFIDAVIT per set of nomination petitions.  The CANDIDATE'S DAVIT is printed on a separate form and can be obtained from the State Bureau of Commissions, Elections and Legislation, Room 303 North Office Building, Harrisburg, PA 20.  (b)  Judicial candidates, depending on their status of judicial incumbency, may have to submit with their nomination petition a copy of the Statement of Financial rests required to be filed with the State Ethics Commission.  NOTE: Candidates for judicial office should contact the State Ethics Commission, 309 Finance Building, P.O. 11470, Harrisburg, PA 17108-1470, for more information concerning their responsibility to file the Statement of Financial Interests.

ILING FEES:  The filing fee for any office for which this petition is used is $100.00 and must be presented with the petition.  ONLY CERTIFIED CHECKS OR MONEY ORDERS able to the Commonwealth of Pennsylvania will be accepted.

IME AND PLACE TO FILE:  These petitions must be RECEIVED in the office of the SECRETARY OF THE COMMONWEALTH before FIVE O'CLOCK P.M.  (Prevailing Time) on the TH TUESDAY BEFORE THE PRIMARY (See Pennsylvania Election Calendar for dates).

E-209A (1/01)          FILE EARLY- DO NOT WAIT FOR THE LAST DAY TO FILE, WHEN IT WILL BE TOO LATE TO MAKE NECESSARY AMENDMENTS!

## Commonwealth of Pennsylvania
### READ INSTRUCTIONS ON BACK PAGE CAREFULLY

OFFICIAL USE

**ATTENTION!**

A. Complete all Blank Spaces (1- 7) Prior to Circulation
B. This Petition may be used to submit for Nomination the Name of One Candidate for One Office Only

**NOMINATION PETITION FOR:**   ① YEAR OF PRIMARY: ___2001___

② THE OFFICE OF (Check ONE block only.  Insert district number only if you are a candidate for the Court of Common Pleas.)

☒ JUDGE OF THE COURT OF COMMON PLEAS- JUDICIAL DISTRICT NO. __56__
- OR -
☐ JUDGE OF THE PHILADELPHIA MUNICIPAL COURT- FIRST JUDICIAL DISTRICT

③ NAME:  Roger N. Nanovic, II        ④ OCCUPATION: __Attorney__
     PRINT OR TYPE NAME OF CANDIDATE

⑤ RESIDENCE:  __17 White Birch Drive__        Jim Thorpe, Penn Forest Township
        STREET                    CITY, BOROUGH or TWP.

⑥ COUNTY OF SIGNERS: __Carbon__        ⑦ PARTY OF SIGNERS: __Democrat__

**To the SECRETARY OF THE COMMONWEALTH:**

We, the undersigned, all of whom severally declare that we are qualified electors of the County and of the judicial district set forth above, that we are registered and enrolled members of the Political Party set forth above, and have signed no petition inconsistent herewith, do hereby petition the Secretary of the Commonwealth to have the candidate whose Name, Occupation and Residence as set forth above, certified to the County Board of Elections of said County or Counties in said District, to be printed on the Primary Ballot of said Party, for the Year and Office set forth above.

| SIGNATURE OF ELECTOR | PLACE OF RESIDENCE | | | OCCUPATION | DATE OF SIGNING |
| --- | --- | --- | --- | --- | --- |
| | House No. | Street or Road | City, Borough or Twp. | | |
| 1. Rose Ann Bird | 913 | Hudson Dr | Weatherly PA | Admin Sec'y | 2/18/91 |
| 2. Karlin S Bird | 11 | 11 | 11 | Owner | 2/15/01 |
| 3. Deidre E Pozezni | 1707 | Witzel Run Dr | Packer Twp | Asst Manager | 2/20/01 |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |

EXHIBIT "H"

Page _47_ Side 2

| SIGNATURE OF ELECTOR | PLACE OF RESIDENCE | | | OCCUPATION | DATE OF SIGNING |
|---|---|---|---|---|---|
| | House No. | Street or Road | City, Borough or Twp. | | |
| 30. | | | | | |
| 31. | | | | | |
| 32. | | | | | |
| 33. | | | | | |
| 34. | | | | | |
| 35. | | | | | |
| 36. | | | | | |
| 37. | | | | | |
| 38. | | | | | |
| 39. | | | | | |
| 40. | | | | | |
| 41. | | | | | |
| 42. | | | | | |
| 43. | | | | | |
| 44. | | | | | |
| 45. | | | | | |
| 46. | | | | | |
| 47. | | | | | |
| 48. | | | | | |
| 49. | | | | | |
| 50. | | | | | |

## AFFIDAVIT OF CIRCULATOR

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _CARBON_                                SS:

CIRCULATOR SHOULD COMPLETE 1 - 5 BELOW

I do swear (or affirm) that I am a qualified elector of the judicial district referred to in this petition, duly registered; that my residence is as set forth below; that the signers to the foregoing petition signed the same with full knowledge of the contents thereof; that their respective residences are correctly stated therein; that each signed on the date set opposite his or her name; that to the best of my knowledge and belief, the signers are qualified electors, duly registered and enrolled members of the political party of the judicial district referred to in this petition, and that they are residents in the County specified in number one.

Sworn to and subscribed before me this _1st_

day of _March_ 20 _01_

_Eloise K. Ahner_

NOTARIAL SEAL
Eloise K. Ahner, Notary Public
(Official Seal) Hill, Carbon County
My Commission Expires September 2, 2002

My commission expires

1 _CARBON_
County of Petition Signers Residence

2 _Tom C. Gerhard_
Signature of Circulator

3 _TOM C. GERHARD_
Printed Name of Circulator

4 _2370 HUDSON DRIVE R.D #1_
Street

5 _WEATHERLY PA 18255_
City, Borough or Twp.          Zip Code

**NOTE: THIS AFFIDAVIT MUST BE EXECUTED AFTER ALL SIGNATURES HAVE BEEN OBTAINED.**

NOTICE                                INSTRUCTIONS                                READ CAREFULLY

1) CIRCULATION OF NOMINATION PETITIONS: (a) Any person who circulates this nomination petition must be a qualified, registered elector of the judicial district referred to in the petition. (b) If the judicial district is composed of more than one county, separate sheets must be used for residents of each county in which petitions are circulated. (c) Nomination petitions may not be circulated earlier than the THIRTEENTH TUESDAY before the primary nor later than the TENTH TUESDAY before the primary. (See Pennsylvania Election Calendar for dates.)

2) SIGNERS: (a) Signers must be qualified, registered electors of the appropriate judicial district and of the political party named in the nomination petition. (b) Each elector must personally sign his/her name as it appears on registration records, his/her complete address (including township if applicable), occupation and the date of signing (e.g. 3/1/01 or March 1, 2001). Ditto Marks may not be used.

3) NUMBER OF SIGNERS: Judge of the Court of Common Pleas in a County of the First Class - 1,000 signatures, County of the Second Class - 500 signatures; Counties of the Second Class A through the Eighth Class - 250 signatures; Judge of the Municipal Court in the First Judicial District - 1,000 signatures.

4) CIRCULATOR'S AFFIDAVIT: Every sheet must have the affidavit of the circulator executed after the signatures have been obtained.

5) ASSEMBLING NOMINATION PETITIONS: All sheets must be fastened together before filing and should be numbered consecutively. A single sheet is considered one page.

6) CANDIDATE'S AFFIDAVIT AND ETHICS STATEMENT: (a) Candidates must sign and submit one CANDIDATE'S AFFIDAVIT per set of nomination petitions. The CANDIDATE'S AFFIDAVIT is printed on a separate form and can be obtained from the State Bureau of Commissions, Elections and Legislation, Room 303 North Office Building, Harrisburg, PA 17120. (b) Judicial candidates, depending on their status of judicial incumbency, may have to submit with their nomination petition a copy of the Statement of Financial Interests required to be filed with the State Ethics Commission. NOTE: Candidates for judicial office should contact the State Ethics Commission, 309 Finance Building, P.O. Box 11470, Harrisburg, PA 17108-1470, for more information concerning their responsibility to file the Statement of Financial Interests.

7) FILING FEES: The filing fee for any office for which this petition is used is $100.00 and must be presented with the petition. ONLY CERTIFIED CHECKS OR MONEY ORDERS payable to the Commonwealth of Pennsylvania will be accepted.

8) TIME AND PLACE TO FILE: These petitions must be RECEIVED in the office of the SECRETARY OF THE COMMONWEALTH before FIVE O'CLOCK P.M. (Prevailing Time) on the TENTH TUESDAY BEFORE THE PRIMARY (See Pennsylvania Election Calendar for dates).

DSBE-2094 (1/01)   FILE EARLY - DO NOT WAIT FOR THE LAST DAY TO FILE, WHEN IT WILL BE TOO LATE TO MAKE NECESSARY AMENDMENTS!

# Commonwealth of Pennsylvania

**READ INSTRUCTIONS ON BACK PAGE CAREFULLY**

OFFICIAL USE

**ATTENTION!**

A. Complete all Blank Spaces (1- 7) Prior to Circulation
B. This Petition may be used to submit for Nomination the Name of One Candidate for One Office Only

**NOMINATION PETITION FOR:** ① YEAR OF PRIMARY: 2001

② THE OFFICE OF (Check ONE block only. Insert district number only if you are a candidate for the Court of Common Pleas.)

☒ JUDGE OF THE COURT OF COMMON PLEAS- JUDICIAL DISTRICT NO. 56
- OR -
☐ JUDGE OF THE PHILADELPHIA MUNICIPAL COURT- FIRST JUDICIAL DISTRICT

③ NAME: Roger N. Nanovic, II
   PRINT OR TYPE NAME OF CANDIDATE

④ OCCUPATION: Attorney

⑤ RESIDENCE: 17 White Birch Drive
   STREET

Jim Thorpe, Penn Forest Township
   CITY, BOROUGH OR TWP.

⑥ COUNTY OF SIGNERS: Carbon

⑦ PARTY OF SIGNERS: Republican

**To the SECRETARY OF THE COMMONWEALTH:**

We, the undersigned, all of whom severally declare that we are qualified electors of the County and of the judicial district set forth above, that we are registered and enrolled members of the Political Party set forth above, and have signed no petition inconsistent herewith, do hereby petition the Secretary of the Commonwealth to have the candidate whose Name, Occupation and Residence are as set forth above, certified to the County Board of Elections of said County or Counties in said District, to be printed on the Primary Ballot of said Party, for the Year and Office set forth above.

| | SIGNATURE OF ELECTOR | House No. | Street or Road | City, Borough or Twp. | OCCUPATION | DATE OF SIGNING |
|---|---|---|---|---|---|---|
| 1. | | 930 | Third St. | Palmerton | Attorney | 2-13-01 |
| 2. | | 374 | Circle Dr. | Princeton | Consultant | 2-13-01 |
| 3. | | 675 | Lafayette | Palmerton | Retired | 2/13/01 |
| 4. | Dolores A George | 250 Strohl Valley Rd | Lehighton | Teacher-Aide | 2-13-01 |
| 5. | | 315 | Milton Dr. | Lehighton | Retail | 2/13/01 |
| 6. | | 323 | Edgemont | Princeton | Reg. Rep | 2/13/01 |
| 7. | Larry D. Engle | 150-A | Forge St. | Bowmanstown | Retired | 2/13/01 |
| 8. | | 930 | Third St. | Palmerton | Attorney | 2/13/01 |
| 9. | | 26 | Brenritview Dr. | Kunkletown | Legal Secretary | 2/14/01 |
| 10. | | 80 | Ridgeview Dr | Lehighton | Principal | 2-14-01 |
| 11. | Doris Deltass | 80 | Ridgeview DR | Lehighton | Homemaker | 2/14/01 |
| 12. | | 638 | Iron St. | Lehighton | Director | 2/15/01 |
| 13. | Alfred Lewenstein | Rc2 Box 2430 | Jim Thorpe | Retired | 2-15-01 |
| 14. | Mella Lewenstein | Rc2 3420 | Jim Thorpe | Retired | 2-15-01 |
| 15. | Marie S Fredericks | P.O. Box 104/304 Aframkin Rd | Jim Thorpe | Tour Guide | 2-15-01 |
| 16. | Harold Fredericks | Po Box 104/304 Aframkin Rd | Jim Thorpe | Retired | 2-15-01 |
| 17. | John O. Snyder | 776 | Franklin | Palmerton | Schm. Adm | 2/15/01 |
| 18. | Mary Ufeckel | 80 | Olive St. | Lehighton | Minister | 2/15/01 |
| 19. | Wayne W. Gannett | Mtn Lakes Box 23-A | White Haven | Admin | 15 Feb 01 |
| 20. | | 1229 | Stephens Rd | Weatherly | Retired | 2-15-01 |
| 21. | George Davis | 1229 | Stephens Com Rd | Weatherly | Retired | 2-15-01 |
| 22. | Brenda S Ellis | 600 | Mahoning St. | Lehighton | Offg Clrk | 2-15-01 |
| 23. | Ted M. Nagle | 796 | N Lehigh Gorge | Lehighton | Retired | 2/15/01 |
| 24. | | 427 | Princeton | Palmerton | Retired | 2/16/01 |
| 25. | Stanley J. Burghardt | 427 | Princeton | Palmerton | Retired | 2/16/01 |
| 26. | | 128 | South St. | Jim Thorpe | Ret. Div | 2/20/01 |
| 27. | Gloria G. Heilman | 3 | Laurel Rd. | Lehighton | Housewife | 2/20/0. |
| 28. | | 480 | Columbia Ave | Palmerton | Florist | 2/20/01 |
| 29. | Wallace Patkowski | 52 | Fairview Pl | Lehighton | Ins Mgr | 2/23/01 |

DSBE-209A     Department of State (1/01)     Page 37     Side 1

**EXHIBIT "I"**

Page 37  Side 2

| | PLACE OF RESIDENCE | | | OCCUPATION | DATE OF SIGNING |
|---|---|---|---|---|---|
| SIGNATURE OF ELECTOR | House No. | Street or Road | City, Borough or Twp. | | |
| 30. Paul Moser | 340 | Arbor RD | Lehighton | Manager | 2/23/01 |
| 31. Alice S. Clay | 103 | Milbury | Lehighton | Housewife | 2/24/01 |
| 32. Norman H. Clay | 103 | Milbury | Lehighton | Retired | 2/24/01 |
| 33. Thomas C. Haydt | 145 | Hazelwood | Lehighton | Health Care | 2/24/01 |
| 34. Lisa Haydt | 145 | Hazelwood Rd. | Lehighton | Teacher | 2/24/01 |
| 35. John L. Porambo | 300 | Princeton Ave | Palmerton | Retired | 2/25/01 |
| 36. Margaret A. Porambo | 300 | Princeton Ave | Palmerton | Retired | 2/25/01 |
| 37. Gay F. Zern | 303 | Col. Ave. | Palmerton | Retired | 2/25/01 |
| 38. Carl R. Haydt | 583 | Col. Ave. | Palmerton | Retired | 2-25-01 |
| 39. Pat Haydt | 583 | Col Ave | Palmerton | Retired | 2-25-01 |
| 40. Elisabeth Pollard | 675 | Lafayette Ave | Palmerton | Retired | 2.-25-01 |
| 41. Dinah K. O'Brien | 655 | Delaware | Palmerton | Asst Supv. Mo | 2-25-01 |
| 42. W. N. O'Brien | 655 | Delaware Av | Palmerton | Salesman | 2/25/01 |
| 43. Jessie Rowlands | 154 | Princeton | Palmerton | Retired | 2/25/01 |
| 44. Salvador L. DeL | 367 | Lafayette | Palmerton | Carpenter | 2-26-01 |
| 45. Jeffrey J. Drus | 1202 | Third St. | Palmerton | Self Employed | 2/26/01 |
| 46. Lena Elizabeth Campton | 304 | Princeton Ave. | Palmerton | Housewife | 2/26/01 |
| 47. Carol L. Wolford | 1401 | Mauch Chunk Lane | Jim Thorpe | Teacher/Librarian | 2/27/01 |
| 48. Kenneth Achenbach | 32 | Race ST | Jim Thorpe | Pastor | 2/27/01 |
| 49. Nora F. Hall | 486 | Columbia Ave | Palmerton | Mech. Designer | 2/27/01 |
| 50. Diane E. Lublin | 127 | Harwood Ho | Palmerton | Retailer | 2/27/01 |

**AFFIDAVIT OF CIRCULATOR**

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF Carbon                          SS:

CIRCULATOR SHOULD COMPLETE
1 - 5 BELOW

I do swear (or affirm) that I am a qualified elector of the judicial district referred to in this petition, duly registered; that my residence is as set forth below; that the signers to the foregoing petition signed the same with full knowledge of the contents thereof; that their respective residences are correctly stated therein; that each signed on the date set opposite his or her name; that to the best of my knowledge and belief, the signers are qualified electors, duly registered and enrolled members of the political party of the judicial district referred to in this petition, and that they are residents in the County specified in number one.

Sworn to and subscribed before me this 28

day of Feb                    20 01

Notarial Seal
(Official Title)... , Notary Public
East Penn Twp., Carbon County
My Commission Expires June 19, 2001
Member, Pennsylvania Association of Notaries

My commission expires

1  Carbon
County of Petition Signers Residence

2  Steven R. Serfass
Signature of Circulator

3  Steven R. Serfass
Printed Name of Circulator

4  230 Third Street
Street

5  Palmerton                    18071
City, Borough or Twp.          Zip Code

NOTE: THIS AFFIDAVIT MUST BE EXECUTED AFTER ALL SIGNATURES HAVE BEEN OBTAINED.

NOTICE                    INSTRUCTIONS                    READ CAREFULLY

1) CIRCULATION OF NOMINATION PETITIONS: (a) Any person who circulates this nomination petition must be a qualified, registered elector of the judicial district referred to in the petition. (b) If the judicial district is composed of more than one county, separate sheets must be used for residents of each county in which petitions are circulated. (c) Nomination petitions may not be circulated earlier than the THIRTEENTH TUESDAY before the primary nor later than the TENTH TUESDAY before the primary. (See Pennsylvania Election Calendar for dates.)
2) SIGNERS: (a) Signers must be qualified, registered electors of the appropriate judicial district and of the political party named in the nomination petition. (b) Each elector must personally sign his/her name as it appears on registration records, his/her complete address (including township if applicable), occupation and the date of signing (e.g. 3/1/01 or March 1, 2001). Ditto Marks may not be used.
3) NUMBER OF SIGNERS: Judge of the Court of Common Pleas in a County of the First Class - 1,000 signatures; County of the Second Class - 500 signatures; Counties of the Second Class A through the Eighth Class - 250 signatures; Judge of the Municipal Court in the First Judicial District - 1,000 signatures.
4) CIRCULATOR'S AFFIDAVIT: Every sheet must have the affidavit of the circulator executed after the signatures have been obtained.
5) ASSEMBLING NOMINATION PETITIONS: All sheets must be fastened together before filing and should be numbered consecutively. A single sheet is considered one page.
6) CANDIDATE'S STATEMENT OF FINANCIAL INTERESTS: (a) Candidates must sign and submit one CANDIDATE'S AFFIDAVIT per set of nomination petitions. The CANDIDATE'S AFFIDAVIT is printed on a separate form and can be obtained from the State Bureau of Commissions, Elections and Legislation, Room 303 North Office Building, Harrisburg, PA 17120. (b) Judicial candidates, depending on their status of judicial incumbency, may have to submit with their nomination petition a copy of the Statement of Financial Interests required to be filed with the State Ethics Commission. NOTE: Candidates for judicial office should contact the State Ethics Commission, 309 Finance Building, P.O. Box 11470, Harrisburg, PA 17108-1470, for more information concerning their responsibility to file the Statement of Financial Interests.
7) FILING FEES: The filing fee for any office for which this petition is used is $100.00 and must be presented with the petition. ONLY CERTIFIED CHECKS OR MONEY ORDERS payable to the Commonwealth of Pennsylvania will be accepted.
8) TIME AND PLACE TO FILE: These petitions must be RECEIVED in the office of the SECRETARY OF THE COMMONWEALTH before FIVE O'CLOCK P.M. (Prevailing Time) on the TENTH TUESDAY BEFORE THE PRIMARY (See Pennsylvania Election Calendar for dates).

DSBE-209A (1/01)     FILE EARLY- DO NOT WAIT FOR THE LAST DAY TO FILE, WHEN IT WILL BE TOO LATE TO MAKE NECESSARY AMENDMENTS!



# CARBON COUNTY REPUBLICAN COMMITTEE

Steven R. Serfass, Esquire — Chairman
Post Office Box 77
Palmerton, Pennsylvania 18071
(610) 826-8080



Wayne W. Jarrett, Vice Chairman
(570) 443-7108
Gilbert J. Gerhard, State Committeeman
(570) 427-4072

Marie I. Fredericks, Secretary
(570) 325-2544
William T. Leslie, Treasurer
(610) 377-5709

Dear Fellow Republican:

It's hard to believe that we are in the second year of a new millennium, a 21st Century that has sustained the Republican majority in both houses of the U.S. Congress and the Pennsylvania General Assembly and has inaugurated George W. Bush as the 43rd President of the United States.

A new year brings fresh challenges and our opportunity occurs this year during the primary election on May 15, 2001. The May 15th primary features an extremely important race for the position of Judge of the Court of Common Pleas of Carbon County. This office is one of the most influential in our county, and furthermore, the campaign is vital to the GOP as there is only one candidate who is a registered Republican. That candidate is Roger N. Nanovic.

Roger is a life-long Carbon County resident as well as a lifetime Republican, having served many years on the Republican State Committee as well as County Solicitor. Roger practices law with his father, Roger N. Nanovic, Sr., and brothers Jim and Tom at 57 Broadway in Jim Thorpe, where he is a partner.

It is **VITAL** that **YOU**, our fellow Republican voter, get out to the polls on May 15th in this important judicial election. As our party's endorsed candidate, it is our responsibility to advance the Nanovic candidacy by casting our ballots for Roger.

We cannot do it without you. However, with your support, I am confident that we will elect Roger N. Nanovic as the first Republican Judge in Carbon County in over a generation.

Thanking you in advance, I remain

Very Truly Yours,
**Carbon County Republican Committee**

By: _____
**Steven R. Serfass, Esquire**

SRS:rjf

Paid for by the Carbon County Republican Committee.

**EXHIBIT "J"**

8. TIMES NEWS

LO[...]

TUESDAY, MAY 8, 2001

# Students gain recognition

Students of Mrs. Debbie Coles' Spanish classes at Marian Catholic High School, Hometown, earned places in the March 17 Spanish National Contest held at King's College, Wilkes-Barre.

Two of the students, Erin Carnish, daughter of James Carnish, daughter of James and Kathryn Carnish of Tamaqua, and Carol Gonzalez, daughter of Miquel and Reyna Gonzalez of Jim Thorpe, finished in fourth place in their

respective categories and will receive trophies from the competition organizers.

Carnish won her trophy in Spanish II while Gonzalez finished in that position as a bilingual native Spanish III student.

The others who placed in the competition will receive certificates of achievement for their finishes are:

Patrick Blake, son of Mr. and Mrs. Gary Blake, and

Elizabeth Dopira, daughter of John and Linda, all of Summit Hill, both eighth place in Spanish II.

John Martino, son of John and Patricia Martino of Jim Thorpe, took 11th place in Spanish III.

Jonathan DeBalko, son of John and Michelle DeBalko of McAdoo and Erik Wertman, son of al and Debbie Wertman of Brockton, both seventh place finishers in Spanish IV.



MIKE URBAN/TIMES NEWS

[...]l in Jim Thorpe took the gold [...]ental knowledge competition [...]on Center. Above (l-r), CCEEC [...]udents Oliver Schultz, Amanda [...]hile Jimmie McElwee, District [...]ponsor the event, which con-

## Lions sponsor Envirothon

Lions club District 14-U is again sponsoring Envirothon held by the Carbon County Environmental Education Center. Above, Lions District Governor Jimmie McElwee presents a $2,025 check to CCEEC chief naturalist Susan Gallagher, which will cover the event's expenses. The Envirothon, which is a four-day environmental knowledge competition for local students in grades three-12, has been held since 1988 at the CCEEC, located in Mauch Chunk Lake Park in Summit Hill.



# ELECT
# NANOVIC
## JUDGE

**Senator James J. Rhoades endorses Atty. Roger N. Nanovic II, to be the next Judge of the Court of Common Pleas of Carbon County.**

Paid for by Carbon County Republican Committee; Steven R. Serfass, Chairman

[...]RD IN ASTROLOGY



BY EUGENIA LAST

LIBRA (Sept. 23-Oct. 22): You can make lasting friendships

EXHIBIT "K"